In the Matter of the Accounting of DAVID KASELMAN, as Committee of the Estate of FRANCES GINSBERG, an Incompetent Person, Appellant. JOSEPHINE M. CAIN, as Special Guardian, et al., Respondents.— Motion for reargument and for other relief denied, without costs. [See 267 App. Div. 995.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of SIDNEY GONDELMAN, an Attorney, Respondent.— Motion to vacate order of disbarment or to refer the proceeding for the taking of proof denied. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of the Application of SIDNEY SZERLIP for Reinstatement as an Attorney.— Motion for reinstatement to practice as an attorney and counselor at law denied, with leave to renew after May 1, 1945. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

DOROTHY E. MACKENZIE, Respondent, v. LOUIS F. ROTHSCHILD et al., Doing Business under the Name of LOUIS F. ROTHSCHILD & COMPANY, Appellants.— Motion for reargument denied, without costs. [See 267 App. Div. 989.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

ANTHONY MORTON et al., Appellants, v. FIDES REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

MILDRED PETRY, as Administratrix of the Estate of FANNIE E. MOYER, Deceased, Respondent, v. NASSAU HOSPITAL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See 267 App. Div. 996.] Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under an Agreement for the Benefit of EDWIN P. BRERETON, Appellant, v. MARION C. EAGAN, Individually and as Administratrix of the Estate of VINCENT A. EAGAN, Deceased, et al., Respondents, et al., Defendants.— Order of an official referee fixing the reasonable market value of certain real property at the time of its sale under foreclosure of a mortgage thereon affirmed, with one bill of ten dollars costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

In the Matter of BROOKLYN TRUST COMPANY, Respondent. MANUFACTURERS TRUST COMPANY, as Trustee under Declaration of Trust Made by ALEXANDER U. ZINKE, Appellant. (Premises 501 to 511 Ditmas Ave., Brooklyn.) — Consolidated appeals from six orders directing appellant, as trustee, et cetera, to produce and make available for inspection by respondent all its records of income and disbursements in connection with specified mortgaged premises for the calendar year 1943, pursuant to section 1077-c of the Civil Practice Act. Orders affirmed, with one bill of ten dollars costs and disbursements, the inspections to proceed on ten days' notice. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.